# Court of Appeals
# of the State of Georgia

ATLANTA,  March 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1033. THE STATE v. CHRISTOPHER JAMES NEWSOM.**

After a traffic stop, the State brought criminal charges against Christopher Newsom. He filed a motion to suppress, arguing that there was no probable cause for the stop because the traffic law he allegedly violated — OCGA § 40-6-120 — is unconstitutionally vague. The trial court agreed with the defendant and entered an order granting his motion to suppress and dismissing the accusation. The State then filed this appeal.

Under the Georgia Constitution, the Supreme Court "has exclusive jurisdiction over all cases . . . in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996). In this case, the trial court's order appears to be based on its conclusion that the statute at issue is unconstitutional. Appellate jurisdiction, therefore, appears to lie in the Supreme Court, and this case is hereby TRANSFERRED to that Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/08/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*